# EXHIBIT C

**stryker**

# ENT
# navigation system

**Product catalog**



# Your superior experience
## starts with our people



### People
Our people stand out. They're dedicated, highly skilled experts that care deeply and listen carefully. When you need a partner in improving care, we're by your side.

### Culture
We created a dynamic, supportive environment that enables amazing people to do amazing things. Count on us to do what is right and deliver—every time.

### Product innovation
Innovation is in our DNA—from Dr. Homer Stryker to the researchers, engineers and surgeons creating solutions that are reshaping navigated surgery today.

### Medical education
Innovation and skill come together in our educational outreach to providers. Each year, we help surgical teams nationwide master the latest medical technologies and care practices.

### Research and development
We amplify our investments in R&D by listening to our customers and collaborating with them to create solutions that are simply superior.

### Outcomes
We share your values and your commitment to innovative care that heals effectively and efficiently. With you, we're driven to make healthcare better.

**Most trainees (89%) believed that the virtual 3D planning software significantly improved their understanding of the spatial orientation of the frontal sinus drainage pathway**[1]

1 Agbetoba A, Luong A, Siow JK, et al. Educational utility of advanced three-dimensional virtual imaging in evaluating the anatomical configuration of the frontal recess. Int Forum Allergy Rhinol. 2016;XX:1-6

# TGS® – Target Guided Surgery
## The next step in image guided surgery

**Scopis TGS** is a next-generation solution for navigated Functional Endoscopic Sinus Surgery (FESS) that offers surgeons highly advanced image guidance and visualization capabilities in a single system.

**TGS is based on Building Blocks planning software,** developed with Professor Peter J. Wormald (Adelaide, Australia) and a worldwide network of leading key opinion leaders in ENT. This solution allows the analysis and identification of sinus cells in the complex patient anatomy and planning of the natural drainage pathways through the sinus cavity.

During surgery, the planned pathways are overlaid in real-time onto the endoscopic image providing the surgeon with unique **Scopis Augmented Reality (AR) technology**. A special instrument guidance and notification system assists the surgeon to guide their endoscopic instruments on the pathways directly to the targets. Guidance of endoscopic instruments may help assist the surgeon to perform a more minimally invasive, accurate and selective surgery.

### TGS allows the surgeon to:
- Analyze the 3D anatomy using Building Blocks
- Plan sinus drainage pathways and target anatomy
- View surgical plans overlaid onto the endoscopic image with Augmented Reality (AR)
- Guide navigated instruments along planned pathways to targets



## Platform and platform accessories

### 8000-010-003

**Electromagnetic Navigation unit**

High-performance navigation PC with electromagnetic measuring technology

### 8000-010-004

**Field generator**

Measuring Range: 0.05m–0.5m

Cable length: 4.5m

### 8000-010-005

**Field generator mounting arm**

For flexible position of Field generator



### 8000-010-032

**Power cord, U.S., 8 ft., green dot**

Grey
10 A/250 V
UL
CSA approved

### 8000-030-010

**Medical keyboard U.S./international**

Wired
Number pad
USB

### 8000-030-020

**Mouse, wired**

USB
Three buttons
Scroll function

### 8000-030-021

**Mouse, wireless**

USB
Three buttons
Scroll function



**Cart and monitor kits**

## Equipment Cart Pro kit

### Includes

Equipment Cart Pro with shelves, drawer and isolating transformer with 1200 VA

Wired mouse

Keyboard

Monitor option



Equipment Cart Pro shown with 4K Display

## Monitor options

### 8000-120-005

**Equipment Cart Pro with 4K Display**

4K Display (32" LCD)



### 8000-120-006

**Equipment Cart Pro with VisionPro**

VisionPro (26" LED Display)



### 8000-120-007

**Equipment Cart Pro with Monitor 27"**

TFT (IPS), touch



### 8000-120-008

**Equipment Cart Pro with Monitor 32"**

TFT, touch



## Software

### 8000-020-002

**Scopis ENT Software with Target Guided Surgery**

For planning and navigation in ENT applications with Scopis Building Blocks planning and Scopis TGS Target Guided Surgery



### 8000-020-001

**Scopis ENT Software**

For planning and navigation in ENT applications



## Pointers and suction tubes

### 8000-050-001

**Precision pointer Electromagnetic**

1.5mm malleable

Limited to 10 time use

### 8000-050-003

**Registration pointer Electromagnetic**

2.5mm

### 8000-050-005

**Suction tube Frazier Electromagnetic**

3mm malleable

Limited to 10 time use

### 8000-050-006

**Suction tube Eicken Electromagnetic**

3mm malleable

Limited to 10 time use



8　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　9

## Patient and instrument tracking

### 8000-040-002

**Patient tracker Electromagnetic mini – maximum 10 uses**

Limited to 10 time use

### 8000-050-011

**Navigation tool extension cable**

Extension cable for navigation tools

### 8000-060-001

**Endoscope tracker Electromagnetic**

Navigation of compatible 0°, 30° and 45° endoscopes with 4mm diameter and 175mm length

Limited to 10 time use
Note: endoscope not included

### 8000-060-002

**Calibration body Electromagnetic**

Calibration of compatible 0°, 30° and 45° endoscopes with 4mm diameter

Limited to 10 time use

### 8000-060-006

**Universal tracker Electromagnetic**

Allows navigation of a variety of typical FESS instruments in combination with the instrument adapter system
Limited to 10 time use
Note: instrument not included



### 8000-060-010

**Instrument clamp, forceps**

Allows navigation when combined with the Universal tracker Electromagnetic
Note: forceps not included

### 8000-060-011

**Instrument clamp, 2–6mm**

Allows navigation when combined with the Universal tracker Electromagnetic

### 8000-060-012

**Instrument clamp, 6–10mm**

Allows navigation when combined with the Universal tracker Electromagnetic

### 8000-060-013

**Instrument clamp, 10–16mm**

Allows navigation when combined with the Universal tracker Electromagnetic

### 8000-060-030

**Instrument clip Electromagnetic, 4mm**

Allows navigation of other instruments

Limited to 10 time use
Note: microdebrider not included

### 8000-100-001

**Patient tracker tabs (PU 100)**

Adhesive pads for fixation of Patient tracker Electromagnetic mini – maximum 10 uses



10    11



# The future of
# navigation



Scopis Target Guided Surgery

## Navigation

This document is intended solely for the use of healthcare professionals. A surgeon must always rely on his or her own professional clinical judgment when deciding whether to use a particular product when treating a particular patient. We do not dispense medical advice and recommend that surgeons be trained in the use of any particular product before using it in surgery.

The information presented is intended to demonstrate Stryker's products. A surgeon must always refer to the package insert, product label and/or instructions for use, including the instructions for cleaning and sterilization (if applicable), before using any of Stryker's products. Products may not be available in all markets because product availability is subject to the regulatory and/or medical practices in individual markets. Please contact your representative if you have questions about the availability of Stryker's products in your area.

Stryker Corporation or its affiliates own, use, or have applied for the following trademarks or service marks: Building Blocks, Scopis, Stryker and TGS. All other trademarks are trademarks of their respective owners or holders.

Literature Number: 9100-005-059 Rev None
Copyright © 2018 Stryker

**Manufactured by:**

Stryker
4100 East Milham Avenue
Kalamazoo, MI 49001 USA
t: 269 323 7700
f: 269 323 2742
toll free: 800 253 3210
navigation.stryker.com