# EXHIBIT E

| USF '423 Patent Claim 1 | Support | Comments |
|---|---|---|
| 1. A method for providing augmented reality in minimally invasive surgery, the method comprising:<br><br>capturing pre-operative image data of internal organs of a patient;<br><br>capturing intra-operative image data of the internal organs with an endoscope during a surgical procedure; registering the pre-operative image data and the intra-operative data in real time during the surgical procedure;<br><br>tracking the position and orientation of the endoscope during the surgical procedure; and augmenting the intra-operative image data captured by the endoscope in real time with a rendering of at least a portion of an internal organ of the patient that is in registration with the real time intra-operative image data from the endoscope but outside of the field of view of the endoscope. | **TGS® – Target Guided Surgery**<br>**The next step in image guided surgery**<br><br>Scopis TGS is a next-generation solution for navigated Functional Endoscopic Sinus Surgery (FESS) that offers surgeons highly advanced image guidance and visualization capabilities in a single system.<br><br>Reference: Stryker ENT navigation system product catalog, p. 2, at https://neurosurgical.stryker.com/wp-content/uploads/2018/02/Scopis-Product-Catalog.pdf (retrieved November 7, 2022) | Stryker's TGS® System features target-guided surgery which uses augmented reality to provide visualization and guidance during minimally-invasive endoscopic surgical procedures. |

| USF '423 Patent Claim 1 | Support | Comments |
|---|---|---|
| 1. A method for providing augmented reality in minimally invasive surgery, the method comprising:<br><br>capturing pre-operative image data of internal organs of a patient;<br><br>capturing intra-operative image data of the internal organs with an endoscope during a surgical procedure; registering the pre-operative image data and the intra-operative data in real time during the surgical procedure;<br><br>tracking the position and orientation of the endoscope during the surgical procedure; and augmenting the intra-operative image data captured by the endoscope in real time with a rendering of at least a portion of an internal organ of the patient that is in registration with the real time intra-operative image data from the endoscope but outside of the field of view of the endoscope. | **TGS is based on Building Blocks planning software,** developed with Professor Peter J. Wormald (Adelaide, Australia) and a worldwide network of leading key opinion leaders in ENT. This solution allows the analysis and identification of sinus cells in the complex patient anatomy and planning of the natural drainage pathways through the sinus cavity.<br><br>During surgery, the planned pathways are overlaid in real-time onto the endoscopic image providing the surgeon with unique **Scopis Augmented Reality (AR) technology.** A special instrument guidance and notification system assists the surgeon to guide their endoscopic instruments on the pathways directly to the targets. Guidance of endoscopic instruments may help assist the surgeon to perform a more minimally invasive, accurate and selective surgery.<br><br>Reference: Stryker ENT navigation system product catalog, p. 2, at https://neurosurgical.stryker.com/wp-content/uploads/2018/02/Scopis-Product-Catalog.pdf (retrieved November 7, 2022) | Stryker's TGS® System captures pre-operative image data of internal organs of the patient. This allows analysis and identification of anatomical features and planning for the surgical procedure. |

| USF '423 Patent Claim 1 | Support | Comments |
|---|---|---|
| 1. A method for providing augmented reality in minimally invasive surgery, the method comprising:<br><br>capturing pre-operative image data of internal organs of a patient;<br><br>capturing intra-operative image data of the internal organs with an endoscope during a surgical procedure; registering the pre-operative image data and the intra-operative data in real time during the surgical procedure;<br><br>tracking the position and orientation of the endoscope during the surgical procedure; and augmenting the intra-operative image data captured by the endoscope in real time with a rendering of at least a portion of an internal organ of the patient that is in registration with the real time intra-operative image data from the endoscope but outside of the field of view of the endoscope. | **TGS is based on Building Blocks planning software,** developed with Professor Peter J. Wormald (Adelaide, Australia) and a worldwide network of leading key opinion leaders in ENT. This solution allows the analysis and identification of sinus cells in the complex patient anatomy and planning of the natural drainage pathways through the sinus cavity.<br><br>During surgery, the planned pathways are overlaid in real-time onto the endoscopic image providing the surgeon with unique **Scopis Augmented Reality (AR) technology**. A special instrument guidance and notification system assists the surgeon to guide their endoscopic instruments on the pathways directly to the targets. Guidance of endoscopic instruments may help assist the surgeon to perform a more minimally invasive, accurate and selective surgery.<br><br>Reference: Stryker ENT navigation system product catalog, p. 2, at https://neurosurgical.stryker.com/wp-content/uploads/2018/02/Scopis-Product-Catalog.pdf (retrieved November 7, 2022) | Stryker's TGS® System captures image data of internal organs during surgery and overlays it with planned pathways from the pre-operative image data. The overlay is performed via registration of the data in realtime during the surgical procedure. |

| USF '423 Patent Claim 1 | Support | Comments |
|---|---|---|
| 1. A method for providing augmented reality in minimally invasive surgery, the method comprising:<br><br>capturing pre-operative image data of internal organs of a patient;<br><br>capturing intra-operative image data of the internal organs with an endoscope during a surgical procedure; registering the pre-operative image data and the intra-operative data in real time during the surgical procedure;<br><br>tracking the position and orientation of the endoscope during the surgical procedure; and augmenting the intra-operative image data captured by the endoscope in real time with a rendering of at least a portion of an internal organ of the patient that is in registration with the real time intra-operative image data from the endoscope but outside of the field of view of the endoscope. | **TGS allows the surgeon to:**<br>• Analyze the 3D anatomy using Building Blocks<br>• Plan sinus drainage pathways and target anatomy<br>• View surgical plans overlaid onto the endoscopic image with Augmented Reality (AR)<br>• Guide navigated instruments along planned pathways to targets<br><br>Reference: Stryker ENT navigation system product catalog, p. 2, at https://neurosurgical.stryker.com/wp-content/uploads/2018/02/Scopis-Product-Catalog.pdf (retrieved November 7, 2022)<br><br><br><br>Reference: Stryker ENT navigation system product catalog, p. 7, at https://neurosurgical.stryker.com/wp-content/uploads/2018/02/Scopis-Product-Catalog.pdf (retrieved November 7, 2022) | Stryker's TGS® System tracks the position and orientation of the endoscope during the surgical procedure (see: middle column regions indicated in blue). Intra-operative image data (indicated in green) is captured by the endoscope in realtime and is augmented with a rendering that is in registration with the pre-operative images (indicated in orange) and corresponding planning image data (multicolored circles within blue region) drawn from pre-operative image data. Note that some portions of the pre-operative image data (indicated in orange) are outside of the field of view of the endoscope (indicated in green) as per the final claim limitation. |