# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

     Plaintiff,

v.                                     Case No: 8:23-cv-2013-WFJ-AEP

STRYKER CORPORATION,

     Defendant.

_____/

## ORDER APPOINTING MEDIATOR

In accordance with Chapter Four of the Local Rules of the Middle District of Florida, it is **ORDERED AND ADJUDGED** that the following individual is hereby appointed by the Court to serve as mediator in this action:

**Name of Mediator**:                     **Manuel Menendez, Jr.**

**The parties are directed to list Manuel Menendez, Jr. as the mediator in the appropriate chart on page two (part of paragraph No. 2) of the Uniform Case Management Report (CMR) (found on the FLMD website at the undersigned's webpage under Forms).** Lead counsel shall coordinate with the Mediator and opposing counsel regarding the date, time, and place of the mediation. Once scheduled, lead counsel shall file a notice of scheduling mediation with the date, time, and place. This notice shall be filed thirty (30) days

before the deadline to conduct mediation, which will be set in the Case Management and Scheduling Order.

Please take notice that the substance of the mediation is confidential. No party, lawyer, or other participant is bound by, may record, or without the judge's approval may disclose any event, including any statement confirming or denying a fact --- except settlement --- that occurs during the mediation.

Attendance is required of lead counsel, each party or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative. Any unexcused absence or departure from the mediation is sanctionable. The parties should consult the undersigned's webpage on the FLMD website for the current policy requiring in person attendance—**"Effective 2/1/2023, the Court does not allow mediation by telephone or video conference. Personal attendance is required."**

The mediator shall file a written report within seven (7) days of the mediation conference stating the outcome and whether all required persons attended.

**DONE AND ORDERED** at Tampa, Florida, on September 8, 2023.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies to**:
Mediator
Counsel of record and unrepresented parties if any