## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNIVERSITY OF SOUTH FLORIDA**
**BOARD OF TRUSTEES,**

      **Plaintiff,**

                                  **Case No.  8:23-cv-02013-WFJ-AEP**

                                  **JURY TRIAL DEMANDED**

**v.**

**STRYKER CORPORATION,**

      **Defendant.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____   IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2023, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system.

Respectfully submitted,

*/s/ Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com

*Lead Counsel for Plaintiff*
*University of South Florida Board*
*of Trustees.*

2