**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNIVERSITY OF SOUTH FLORIDA**
**BOARD OF TRUSTEES,**

      **Plaintiff,**　　　　　　　　　　**Case No.  8:23-cv-02013-WFJ-AEP**

**v.**

**STRYKER CORPORATION,**

      **Defendant.**

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons

order:

1.　　The name of each person, attorney, association of persons, firm, law

firm, partnership, and corporation that has or may have an interest in the outcome

of this action — including subsidiaries, conglomerates, affiliates, parent

corporations, publicly-traded companies that own 10% or more of a party's stock,

and all other identifiable legal entities related to any party in the case:

    a.　University of South Florida Board of Trustees (Plaintiff)

    b.　Richard E. Fee (Counsel for Plaintiff)

    c.　Kathleen M. Wade (Counsel for Plaintiff)

    d.　Fee & Jeffries, P.A. (Counsel for Plaintiff)

e.  Stryker Corporation (Defendant).

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED this 11th day of September 2023.

Respectfully submitted,

*/s/ Richard E. Fee*

Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com

*Lead Counsel for Plaintiff University of
South Florida Board of Trustees.*

3