UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

    Plaintiff,

vs.

                                  Case No. 8:23-CV-02013-WFJ-AEP

STRYKER CORPORATION,

    Defendant.
_____/

## JOINT STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiff, University of South Florida Board of Trustees, and Defendant, Stryker Corporation, hereby stipulate to the dismissal of this entire action, with prejudice, and with each side to bear their own fees and costs.

Dated this 29th day of February, 2024.

| | |
|---|---|
| */s/ Richard E. Fee*<br>Richard E. Fee<br>Florida Bar No. 813680<br>Kathleen M. Wade<br>Florida Bar No. 127965<br>**Fee & Jeffries, P.A.**<br>1227 N. Franklin Street<br>Tampa, Florida 33602<br>(813) 229-8008<br>(813) 229-0046 (Facsimile)<br>rfee@feejeffries.com<br>kwade@feejeffries.com<br>bszabo@feejeffries.com<br><br>*Lead Counsel for Plaintiff,*<br>*University of South Florida*<br>*Board of Trustees* | */s/ Brent P. Ray*<br>Brent P. Ray (*admitted pro hac vice*)<br>**King & Spalding LLP**<br>110 N Wacker Dr., Suite 3800<br>Chicago, IL 60606<br>(312) 764-6925<br>bray@kslaw.com<br><br>Samantha J. Kavanaugh<br>Florida Bar No. 0194662<br>**King & Spalding LLP**<br>Southeast Financial Center<br>200 S. Biscayne Boulevard, Suite 4700<br>Miami, FL 33131<br>(305) 462-6000<br>skavanaugh@kslaw.com<br><br>Angela Tarasi (*admitted pro hac vice*)<br>**King & Spalding LLP**<br>1401 Lawrence Street, Suite 1900<br>Denver, CO 80202<br>(720) 626-2300<br>atarasi@kslaw.com<br><br>Abby Parsons (*admitted pro hac vice*)<br>**King & Spalding LLP**<br>1100 Louisiana St., Suite 4100<br>Houston, TX 77002<br>(713) 751-3200<br>aparsons@kslaw.com<br><br>*Counsel for Defendant, Stryker*<br>*Corporation* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 29, 2024, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Brent P. Ray (bray@kslaw.com) (admitted pro hac vice), King & Spalding LLP, 110 N Wacker Dr., Suite 3800, Chicago, IL 60606; Samantha J. Kavanaugh (skavanaugh@kslaw.com), King & Spalding LLP, Southeast Financial Center, 200 S. Biscayne Boulevard, Suite 4700, Miami, FL 33131; Angela Tarasi (atarasi@kslaw.com) (admitted pro hac vice), King & Spalding LLP, 1401 Lawrence Street, Suite 1900, Denver, CO 80202; and Abby Parsons (aparsons@kslaw.com) (admitted pro hac vice), King & Spalding LLP, 1100 Louisiana St., Suite 4100, Houston, TX 77002.

*/s/ Richard E. Fee*
Richard E. Fee