AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Middle District of Florida____ on the following

☐ Trademarks or    ☒ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:23-cv-2013-WFJ-AEP | DATE FILED<br>September 7, 2023 | U.S. DISTRICT COURT<br>Middle District of Florida |
|---|---|---|
| **PLAINTIFF**<br><br>UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES | | **DEFENDANT**<br><br>STRYKER CORPORATION |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See Attached Endorsed | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br><br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br><br>Gabriella Lobaina | DATE<br><br>March 26, 2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

```
Message-Id:<24131692@flmd.uscourts.gov>
Subject:Activity in Case 8:23-cv-02013-WFJ-AEP University of South Florida Board of Trustees
v. Stryker Corporation Order
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/29/2024 at 4:53 PM EST and filed on 2/29/2024

| | |
|---|---|
| **Case Name:** | University of South Florida Board of Trustees v. Stryker Corporation |
| **Case Number:** | [8:23-cv-02013-WFJ-AEP](#) |
| **Filer:** | |
| **Document Number:** | 37(No document attached) |

**Docket Text:**
**ENDORSED ORDER: Pursuant to the [36] Joint Stipulated Notice of voluntary dismissal with prejudice of the entire action, with each side to bear their own fees and costs, the Clerk is directed to terminate any pending motions, deadlines, and hearings, and to close the case. Signed by Judge William F. Jung on 2/29/2024. (CCB)**


**8:23-cv-02013-WFJ-AEP Notice has been electronically mailed to:**

Manuel Menendez, Jr     m.menendezjr@gmail.com

Richard Edson Fee     rfee@feejeffries.com, bszabo@feejeffries.com, kwade@feejeffries.com, valeshire@feejeffries.com

Kathleen M. Wade     kwade@feejeffries.com, bszabo@feejeffries.com

Samantha Joy Kavanaugh     skavanaugh@kslaw.com, MiamiLit@kslaw.com, mirizarry@kslaw.com

Angela Campbell Tarasi     atarasi@kslaw.com, jinghram@kslaw.com, jspalding@kslaw.com, stafoya@kslaw.com

Brent P. Ray     bray@kslaw.com, jamiller@kslaw.com

Abby L. Parsons     aparsons@kslaw.com, kcarmody@kslaw.com

**8:23-cv-02013-WFJ-AEP Notice has been delivered by other means to:**